IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01835-WYD-MJW

**KELLY PAIZ**

      Plaintiff,

v.

**CC SERVICES, INC., a/k/a COUNTRY INSURANCE AND FINANCIAL SERVICES, an Illinois corporation**

      Defendant.

---

**ORDER VACATING AND RESETTING SCHEDULING/PLANNING CONFERENCE** ( Docket No. 6 )

This matter comes before the Court on Plaintiff's Unopposed Motion to Vacate And Rest Scheduling/Planning Conference. The Court GRANTS said motion and

ORDERS that the Scheduling/Planning Conference currently set for October 19, 2007 at 9:00 a.m. shall be vacated and reset for November 14, 2007 at 3:00 p.m. All other Orders contained in the September 12, 2007 Order Setting Scheduling/Planning Conference shall remain the same.

Dated this 18th day of October, 2007.

BY THE COURT:

By: /s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge