IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01835-WYD-MJW

KELLY PAIZ,

Plaintiff(s),

v.

CC SERVICES, INC., a/k/a COUNTRY INSURANCE AND FINANCIAL SERVICES,

Defendant(s).

## MINUTE ORDER

    It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Stipulated Protective Order (docket no. 27) is GRANTED. The written Stipulated Protective Order (docket no. 27-2) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: March 11, 2008