IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 07-cv-01835-WYD-MJW | FTR |
| **Date:** March 25, 2008 | Valeri Barnes, Deputy Clerk |
| KELLY PAIZ, | Thomas J. Arckey<br>Sara E. Yelton |
| Plaintiff, | |
| v. | |
| CC SERVICES, INC.,<br>a/k/a Country Insurance and Financial<br>Services, an Illinois corporation, | William J. Kelly, III<br>Gillian Dale |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**

**10:25 a.m.**    **Court in session.**

Oral argument by counsel for plaintiff and defendant.

**ORDERED:**    Plaintiff's Motion to Amend Complaint **(13)** is **taken under advisement.**

**10:42 a.m.**    **Court in recess/hearing concluded.**

Total in-court time: 00:17

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.