IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01835-WYD-MJW

KELLY PAIZ,

Plaintiff(s),

v.

CC SERVICES, INC., a/k/a COUNTRY INSURANCE AND FINANCIAL SERVICES,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Plaintiff's Unopposed Motion to Submit Response to Defendant's Motion to Amend Answer Out of Time (Docket No. 45) is granted, and the plaintiff's Response (Docket No. 46) is accepted for filing.

Date: April 30, 2008