IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01835-WYD-MJW

KELLY PAIZ,

Plaintiff(s),

v.

CC SERVICES, INC., a/k/a COUNTRY INSURANCE AND FINANCIAL SERVICES,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Stipulated Motion to Modify Scheduling Order (docket no. 52) is GRANTED. The deadline to serve discovery is extended to August 1, 2008. The deadline to disclose rebuttal experts is extended to August 30, 2008. The deadline to complete discovery is extended to September 30, 2008. The deadline to file dispositive motions is extended to October 30, 2008. The number of requests for production per side is increased to 50 total instead of 40. The Final Pretrial Conference set on October 23, 2008, at 8:30 a.m. is VACATED and reset to December 17, 2008 at 8:30 a.m. The parties shall file with the court their proposed Final Pretrial Order five (5) days prior to the Final Pretrial Conference.

Date: June 13, 2008