IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01835-WYD-MJW

KELLY PAIZ,

Plaintiff(s),

v.

CC SERVICES, INC., a/k/a COUNTRY INSURANCE AND FINANCIAL SERVICES,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant CCSI's Motion for Leave to File Amended Answer to Amended Complaint (docket no. 38) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The Amended Answer to Amended Complaint and Affirmative Defenses (docket no. 38-2) is accepted for filing today.

Date: September 26, 2008