IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01835-WYD-MJW

KELLY PAIZ,

    Plaintiff,

v.

CC SERVICES, INC., a/k/a COUNTRY INSURANCE AND FINANCIAL SERVICES, an Illinois corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to Expand Page Limit on Motion for Summary Judgment [Doc. #58, filed October 9, 2008] is **GRANTED.** Defendant shall be permitted to file a motion for summary judgment not exceeding twenty (20) pages in length, not including the statement of facts.

    Dated: October 9, 2008.