IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 07-cv-01835-CMA-MJW

KELLY PAIZ,

    Plaintiff,

v.

CC SERVICES, INC., a/k/a COUNTRY INSURANCE AND FINANCIAL SERVICES,

    Defendant.

---

## ORDER SETTING CASE FOR TRIAL

The above-captioned matter has been scheduled for an **eight-day jury trial** on the docket of Judge Christine M. Arguello in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **May 18, 2009 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **May 8, 2009 at 1:00 p.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person, unless a written motion for alternative appearance is granted by the Court .**

DATED: December __17__, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge