**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01835-CMA-MJW

KELLY PAIZ,

    Plaintiff,

v.

CC SERVICES, INC., a/k/a COUNTRY INSURANCE AND FINANCIAL SERVICES,

    Defendant.

---

## ORDER GRANTING MOTION TO STAY

---

This matter is before the Court on Defendant's Unopposed Motion To Stay (Doc. # 107). Having considered the Motion and being duly advised in the premises, the Court hereby GRANTS the Motion. This matter shall be STAYED for a period of 20 days, or until January 8, 2009, and all deadlines falling during that time period shall be stayed until <u>January 8, 2009</u>.

    DATED: December <u>19th</u>, 2008

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge