UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-01835-CMA-MJW

KELLY PAIZ

    Plaintiff,

v.

CC SERVICES, INC., a/k/a COUNTRY INSURANCE AND FINANCIAL SERVICES, an Illinois corporation

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. # 110). Having reviewed the stipulation, and being fully advised in the premises, the Court hereby

ORDERS that this matter is DISMISSED WITH PREJUDICE, in its entirety, each party to be responsible for its own attorneys fees and costs. It is

FURTHER ORDERED that the Final Trial Preparation Conference set for May 8, 2009 and the eight-day jury trial set to commence May 18, 2009 are VACATED.

DATED: January  12 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge